UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL JUDICIAL RECORDS RELATED TO SEARCH WARRANT EXECUTED ON JANUARY 14, 2026 | Misc. Action No. _____ |

## LOCAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, the undersigned counsel for the Reporters Committee for Freedom of the Press in the above-captioned action certifies that there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: January 14, 2026

Respectfully Submitted,

*/s/ Lin Weeks*
Lin Weeks
VA Bar No. 97351
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
lweeks@rcfp.org

*Counsel for Applicant the Reporters Committee for Freedom of the Press*

# CERTIFICATE OF SERVICE

I, Lin Weeks, hereby certify that on January 14, 2026, a copy of the foregoing was filed electronically using this Court's CM/ECF system, and sent via U.S. Mail and email to:

United States Attorney's Office for the Eastern District of Virginia
James W. Williams United States Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
usavae.usattys@usdoj.gov

Dated: January 14, 2026

Respectfully submitted,

*/s/ Lin Weeks*
Lin Weeks
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS

*Counsel for Applicant the Reporters Committee for Freedom of the Press*