UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL JUDICIAL RECORDS RELATED TO SEARCH WARRANT EXECUTED ON JANUARY 14, 2026 | Misc. Action No. 1:26-mc-00001 |

**MOTION FOR EXPEDITED BRIEFING AND HEARING SCHEDULE**

Pursuant to Local Civil Rule 7(F), Applicant Reporters Committee for Freedom of the Press ("Applicant"), by its undersigned counsel, respectfully moves for an expedited briefing and hearing schedule on its application to unseal records related to the warrant executed at the residence of *Washington Post* reporter Hannah Natanson on or about January 14, 2026 (the "Search Warrant Materials").

As set forth more fully in the accompanying memorandum, since the Application was filed, Magistrate Judge William B. Porter has blocked the U.S. Department of Justice ("the Government") from reviewing the seized materials and scheduled emergency proceedings to consider Natanson and the *Post*'s motion for return of property. *See* Order, *In re Search of Real Prop. & Premises at 313 S. Royal St., Alexandria, Va.*, No. 1:26-sw-00054-WBP (E.D. Va. Jan. 13, 2026), ECF No. 18. Under that schedule, the Government will respond to Natanson and the *Post*'s motion by January 28, 2026, and the Court will hear argument on the motion at 2:00PM on February 6, 2026. But because the underlying warrant affidavit currently remains sealed in its entirety, the public will be severely handicapped in understanding those proceedings, which raise unprecedented questions that go to the heart of the Constitution's protections for a free press. *See Doe v. Pub. Citizen*, 749 F.3d 246, 272 (4th Cir. 2014) (emphasizing that "the public benefits

attendant with open proceedings are compromised by delayed disclosure of documents").

Applicant therefore respectfully moves for entry of the below expedited briefing and hearing schedule in this matter, to allow the Court to determine whether the Search Warrant Materials should be unsealed before the February 6 hearing in the seizure matter:

1. The Government will respond to the Application on or before January 28, 2026;

2. Applicant will file a reply, if any, on or before February 2, 2026; and

3. Applicant requests a hearing at a time convenient to the Court that would allow for resolution of the Application prior to the February 6 hearing on the validity of the seizure. In the alternative, to the extent necessary to permit resolution of the Application prior to February 6, Applicant waives a hearing on the Application.

Counsel for Applicant contacted the attorney who has entered an appearance for the Government in *In re Search of Real Prop. & Premises at 313 S. Royal St., Alexandria, Va.*, No. 1:26-sw-00054-WBP, by email at 10:32 a.m. on January 22, 2026, to obtain the Government's position on this motion and proposed schedule, and to inform the Government that Applicant intended to file this motion today. The Government did not respond to the email. Counsel for the Applicant called the same counsel for the Government at 9:00 a.m. on January 23, 2026, and left a voicemail when the call was not picked up.

For the reasons set forth herein and the accompanying memorandum of law, Applicant respectfully urges the Court to enter the proposed briefing and hearing schedule. A proposed order is attached.

Date: January 23, 2026

Respectfully submitted,

/s/ *Lin Weeks*
Lin Weeks
VA Bar No. 97351
REPORTERS COMMITTEE FOR

      Freedom of the Press
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
lweeks@rcfp.org

Adam A. Marshall*
Grayson Clary*
Reporters Committee for
 Freedom of the Press
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
amarshall@rcfp.org
gclary@rcfp.org

*Admitted Pro Hac Vice*

*Counsel for Applicant the Reporters Committee for Freedom of the Press*

## **CERTIFICATE OF SERVICE**

I, Lin Weeks, hereby certify that on January 23, 2026, a copy of the foregoing was filed electronically using this Court's CM/ECF system, and sent via email to:

United States Attorney's Office for the Eastern District of Virginia
James W. Williams United States Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
usavae.usattys@usdoj.gov

No appearance has been filed in this matter by the United States.  Accordingly, a copy of the foregoing has also been sent via email to counsel for the United States in *In re Search of Real Prop. & Premises at 313 S. Royal St., Alexandria, Va.*, No. 1:26-sw-00054-WBP:

Gordon D. Kromberg
Assistant United States Attorney, Eastern District of Virginia
James W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22310
Gordon.Kromberg@usdoj.gov

Dated: January 23, 2026                                          Respectfully submitted,

                                                            */s/ Lin Weeks*
                                                            Lin Weeks
                                                            REPORTERS COMMITTEE FOR
                                                              FREEDOM OF THE PRESS

                                                           *Counsel for Applicant the Reporters*
                                                           *Committee for Freedom of the Press*