UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL JUDICIAL RECORDS RELATED TO SEARCH WARRANT EXECUTED ON JANUARY 14, 2026 | Misc. Action No. 1:26-mc-00001 |

**ORDER SETTING EXPEDITED BRIEFING
AND HEARING SCHEDULE**

This matter comes before the Court upon the motion of Applicant Reporters Committee for Freedom of the Press for entry of an expedited briefing and hearing schedule. For good cause shown, it is **ORDERED** that the motion be **GRANTED** as follows:

1. The Government will respond to the Application on or before January 28, 2026;

2. Applicant will file a reply, if any, on or before 12:00 p.m. on February 2, 2026; and

3. The Court will hear argument on the Application, if necessary, at 2:00 p.m. on February 4, 2026.

**IT IS SO ORDERED.**

Dated: January 23, 2026

/s/
Michael S. Nachmanoff
United States District Judge
United States District Judge