IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF REPORTERS )<br>COMMITTEE FOR FREEDOM OF THE )<br>PRESS TO UNSEAL JUDICIAL RECORDS )<br>RELATED TO SEARCH WARRANT )<br>EXECUTED ON JANUARY 14, 2026 ) | Misc. Action No. 1:26-mc-00001 |

CONSENT MOTION TO CONTINUE DEADLINES AND HEARING DATE

With the consent of the movant, the United States moves the Court to continue the deadlines and hearing date previously entered for this case.

On January 23, 2026, this Court entered an order directing the Government to respond to the motion of the Reporters Committee for Freedom of the Press ("the Reporters Committee") by January 28, 2026. The Court further directed that any reply to the Government's response would be filed by February 2, 2026, and that the Court would hear argument on the application, if necessary, on February 4, 2026.

Inclement weather created delays in coordinating a response to the motion of the Reporters Committee. With the consent of the Reporters Committee, the United States moves the Court to authorize the Government to respond to the outstanding motion by January 30, 2026; to authorize the Reporters Committee to file any reply to that response by February 5, 2026; and to schedule on February 11, 2026, at 11:00 a.m., any necessary hearing on the motion of the Reporters Committee.

<<

<<

<<

<<

A proposed order is attached to this motion.

                                        Respectfully submitted,

                                        Todd Blanche
                                        Deputy Attorney General

By:         /s/                  
      Gordon D. Kromberg
      Assistant United States Attorney
      United States Attorney's Office
      2100 Jamieson Avenue
      Alexandria, Virginia 22314
      Tel: (703) 299-3700
      Fax: (703) 299-3982
      gordon.kromberg@usdoj.gov

Certifcate of Service

I hereby certify that on the 28th day of January 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record.

                                                 /s/
Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3982
gordon.kromberg@usdoj.gov