IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF REPORTERS  )<br>COMMITTEE FOR FREEDOM OF THE  )<br>PRESS TO UNSEAL JUDICIAL RECORDS  )   Misc. Action No. 1:26-mc-00001<br>RELATED TO SEARCH WARRANT  )<br>EXECUTED ON JANUARY 14, 2026  ) | |

### ORDER

Before the Court is the Government's consent motion to continue the filing deadlines and the hearing date previously entered for this matter.

WHEREAS, on January 23, 2026, this Court entered an order directing the Government to respond to the motion of the Reporters Committee for Freedom of the Press ("the Reporters Committee") by January 28, 2026, and further directing that any reply to the Government's response would be filed by February 2, 2026, and that the Court would hear argument on the application, if necessary, on February 4, 2026.

WHEREAS, the Government represents that inclement weather created delays in coordinating a response to the motion of the Reporters Committee; and

WHEREAS, with the consent of the Reporters Committee, the United States moves the Court to authorize the Government to respond to the outstanding motion by January 30, 2026; to authorize the Reporters Committee to file any reply to that response by February 5, 2026; and to schedule on February 11, 2026, at 11:00 a.m., any necessary hearing on the motion of the Reporters Committee;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Any response of the Government to the outstanding motion of the Reporter's Committee shall be filed by January 30, 2026;

      2.      Any reply of the Reporters Committee to the response of the Government shall be filed by February 5, 2026; and

      3.      Any necessary hearing on the motion of the Reporters Committee shall be held on February 11, 2026, at 11:00 a.m.

Signed for entry, this \_\_ day of January 2026, at Alexandria, Virginia.

_____