IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF REPORTERS )<br>COMMITTEE FOR FREEDOM OF THE )<br>PRESS TO UNSEAL JUDICIAL RECORDS )<br>RELATED TO SEARCH WARRANT )<br>EXECUTED ON JANUARY 14, 2026 ) | Misc. Action No. 1:26-mc-00001 |

GOVERNMENT'S RESPONSE TO UNSEAL JUDICIAL RECORDS

On January 14, 2026, the Reporters Committee for Freedom of the Press ("the Reporters Committee") moved the Court for an Order unsealing the search warrant executed at the residence of Hannah Natanson earlier that day, as well as the application for the search warrant, and the affidavit submitted in support of the search warrant.

On January 15, 2026, that search warrant (No. 1:26sw54) was returned to the Clerk's Office of the Court. As a result, the search warrant, the application for the search warrant, and the return of the search warrant should already be publicly available. Accordingly, the only judicial record still remaining under seal at issue in the Reporters Committee's motion apparently is the affidavit in support of the application for a search warrant.

On January 30, 2026, the United States moved to unseal virtually all of the affidavit that was common to search warrants Nos. 1:26sw52, 1:26sw53, and 1:26sw54. A copy of that motion and proposed order (without the attachments that were submitted under seal pending resolution of the motion to unseal) are attached to this pleading.

<<

<<

<<

<<

In light of the pendency of the motion to unseal virtually all of the affidavit that was submitted in support of the application for the warrant in No. 1:26sw54, the motion of the Reporters Committee should be denied as moot.

                                          Respectfully submitted,

                                          Todd Blanche
                                          Deputy Attorney General

By:         /s/
              Gordon D. Kromberg
              Assistant United States Attorney
              United States Attorney's Office
              2100 Jamieson Avenue
              Alexandria, Virginia 22314
              Tel: (703) 299-3700
              Fax: (703) 299-3982
              gordon.kromberg@usdoj.gov

<u>Certifcate of Service</u>

I hereby certify that on the 30th day of January 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record.

/s/
Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3982
gordon.kromberg@usdoj.gov
