UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL JUDICIAL RECORDS RELATED TO SEARCH WARRANT EXECUTED ON JANUARY 14, 2026 | Misc. Action No. 1:26-mc-00001 |

## JOINT STIPULATION OF DISMISSAL

On January 14, 2026, the Reporters Committee for Freedom of the Press (the "Reporters Committee") filed an application seeking the unsealing of judicial records related to the search conducted at the home of *Washington Post* reporter Hannah Natanson. ECF No. 1.

In response, on January 30, 2026, the United States Department of Justice (the "Government") moved to unseal the search warrant affidavit that was filed, in common, in the Government's applications for warrants to search Natanson's vehicle (1:26-sw-00052), person (1:26-sw-00053), and residence (1:26-sw-00054), subject to the redaction of "two words in Paragraph 16 of the common affidavit and parts of one sentence in Paragraph 42 of that affidavit," ECF No. 13-1 at 2.

The same day, the Court unsealed the common search warrant affidavit, subject to the above-described redactions to paragraphs 16 and 42. *See* 1:26-sw-00052, ECF 8; 1:26-SW-00053, ECF 8; 1:26-sw-00054, ECF 39. The Government has represented that all other judicial records related to the search conducted at Natanson's home are also now publicly available. ECF No. 13 at 1.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the voluntary dismissal of the above-captioned matter.

Date: February 4, 2026

 SEEN AND AGREED:

Todd Blanche
Deputy Attorney General      Respectfully submitted,

*/s/ Gordon D. Kromberg*      */s/ Lin Weeks*
Gordon D. Kromberg       Lin Weeks
Assistant United States Attorney    VA Bar No. 97351
United States Attorney's Office     REPORTERS COMMITTEE FOR
2100 Jamieson Avenue        FREEDOM OF THE PRESS
Alexandria, VA 22310        1156 15th St. NW, Suite 1020
Tel: (703) 299-3700         Washington, DC 20005
Fax (703) 299-3982         Phone: 202.795.9300
gordon.kromberg@usdoj.gov     Facsimile: 202.795.9310
               lweeks@rcfp.org

               Adam A. Marshall*
               Grayson Clary*
               REPORTERS COMMITTEE FOR
                FREEDOM OF THE PRESS
               1156 15th St. NW, Suite 1020
               Washington, DC 20005
               Phone: 202.795.9300
               Facsimile: 202.795.9310
               amarshall@rcfp.org
               gclary@rcfp.org

               * *Admitted Pro Hac Vice*

               *Counsel for Applicant the Reporters*
               *Committee for Freedom of the Press*