UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL JUDICIAL RECORDS RELATED TO SEARCH WARRANT EXECUTED ON JANUARY 14, 2026 | Misc. Action No. 1:26-mc-00001 |

## JOINT STIPULATION OF DISMISSAL

On January 14, 2026, the Reporters Committee for Freedom of the Press (the "Reporters Committee") filed an application seeking the unsealing of judicial records related to the search conducted at the home of *Washington Post* reporter Hannah Natanson. ECF No. 1.

In response, on January 30, 2026, the United States Department of Justice (the "Government") moved to unseal the search warrant affidavit that was filed, in common, in the Government's applications for warrants to search Natanson's vehicle (1:26-sw-00052), person (1:26-sw-00053), and residence (1:26-sw-00054), subject to the redaction of "two words in Paragraph 16 of the common affidavit and parts of one sentence in Paragraph 42 of that affidavit," ECF No. 13-1 at 2.

The same day, the Court unsealed the common search warrant affidavit, subject to the above-described redactions to paragraphs 16 and 42. *See* 1:26-sw-00052, ECF 8; 1:26-SW-00053, ECF 8; 1:26-sw-00054, ECF 39. The Government has represented that all other judicial records related to the search conducted at Natanson's home are also now publicly available. ECF No. 13 at 1.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the voluntary dismissal of the above-captioned matter.

Date: February 4, 2026

SEEN AND AGREED:

Todd Blanche
Deputy Attorney General

/s/ Gordon D. Kromberg
Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22310
Tel: (703) 299-3700
Fax (703) 299-3982
gordon.kromberg@usdoj.gov

Respectfully submitted,

/s/ Lin Weeks
Lin Weeks
VA Bar No. 97351
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
lweeks@rcfp.org

Adam A. Marshall*
Grayson Clary*
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
amarshall@rcfp.org
gclary@rcfp.org

* *Admitted Pro Hac Vice*

*Counsel for Applicant the Reporters Committee for Freedom of the Press*

So Ordered

/s/
Michael S. Nachmanoff
United States District Judge

2/4/26

2